# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| WESTLAKE PROPERTY HOLDINGS, LLC, | Case No. 19-22878 |
| Debtor. | Hon. Deborah L. Thorne |
| In re: | Chapter 7 |
| PIPELINE - WESTLAKE HOSPITAL, LLC, | Case No. 19-22881 |
| Debtor. | Hon. Deborah L. Thorne |

## ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING JOINT ADMINISTRATION OF CASES AND (II) APPROVING CAPTION OF JOINTLY ADMINISTERED CASES

This matter coming to be heard on the *Trustee's Motion for Entry of an Order (I) Approving Joint Administration of Cases and (II) Approving Caption of Jointly Administered Cases* (the "Motion," and all undefined terms herein having the meanings set forth in the Motion);

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned Bankruptcy Cases shall be jointly administered by the Court for procedural purposes only.

3. The caption of the jointly administered Bankruptcy Cases shall be as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| WESTLAKE PROPERTY HOLDINGS, LLC, *et al.*, | Case No. 19-22878 |
| Debtors. | Hon. Deborah L. Thorne |

101432178.v1

4. This caption is deemed to comply with the requirements of section 342 of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002.

5. A docket entry shall be made in the case of Pipeline – Westlake Hospital, LLC, Case No. 19-22881 substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 7 cases of Westlake Property Holdings, LLC and Pipeline – Westlake Hospital, LLC. The docket in Case No. 19-22878 shall be consulted for all matters affecting this case.

Dated: **2 6 AUG 2019**

*[signature]*
UNITED STATES BANKRUPTCY JUDGE

*This order prepared by:*
David R. Doyle
Fox Rothschild LLP
321 N. Clark Street
Suite 1600
Chicago, IL 60654

2

101432178.v1