**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**AMENDED CLAIMS**

| No. | Claimant | Claim Filed In Case | Amended Claim To Be Disallowed | Surviving Claim | Surviving Claim Amount | Reason For Disallowance |
|-----|----------|---------------------|-------------------------------|-----------------|------------------------|-------------------------|
| 1 | Centers for Medicare & Medicaid Services, US DHHS Attn: James P. Walsh, Assistant Regional Counsel Office of the General Counsel, US DHHS, Region V 233 N. Michigan Ave., Suite 700 Chicago, IL 60601 | Pipeline-Westlake Hospital, LLC (19-22881) | 163-1 | 163-2 | $5,376,991.59 | The surviving claim amends the claim to be disallowed. |
| 2 | Fettes, Love & Sieben, Inc. DiMonte & Lizak, LLC Julia Jensen Smolka 216 W. Higgins Road Park Ridge, IL 60068 | Pipeline-Westlake Hospital, LLC (19-22881) | 65-1 | 65-2 | $18,374.20 | The surviving claim amends the claim to be disallowed. |
| 3 | GE Precision Healthcare LLC aka GE Healthcare Diagnostic Imaging c/o Michael Bach, Authorized Agent 25 Whitney Drive, Suite 106 Milford, OH 45150 | Pipeline-Westlake Hospital, LLC (19-22881) | 6-1 | 6-2 | $212,858.10 | The surviving claim amends the claim to be disallowed. |
| 4 | Linda Angeli 112 N. Main St. Lombard, IL 60148-2326 | Pipeline-Westlake Hospital, LLC (19-22881) | 20-1 | 120-1 | $8,992.00 | The surviving claim amends the claim to be disallowed. |
| 5 | John J. Atkins 13705 S. Stewart Ave., #A3E Riverdale, IL 60827 | Pipeline-Westlake Hospital, LLC (19-22881) | 102-1 | 102-2 | $1,203.00 | The surviving claim amends the claim to be disallowed. |
| 6 | Kelly-Keisha Anthony 405 South 14th Ave. Maywood, IL 60153 | Pipeline-Westlake Hospital, LLC (19-22881) | 97-1 | 97-2 | $2,504.15 | The surviving claim amends the claim to be disallowed. |
| 7 | Mary Paravara 382 West Avery Street Elmhurst, IL 60126 | Pipeline-Westlake Hospital, LLC (19-22881) | 84-1 | 84-2 | $17,172.00 | The surviving claim amends the claim to be disallowed. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | **Nancy Today**<br>**732 67th Place**<br>**Willow Brook, IL 60527** | Pipeline-Westlake Hospital, LLC (19-22881) | 55-1 | 55-2 | $6,660.00 | The surviving claim amends the claim to be disallowed. |
| 9 | **Jones, Sandra**<br>**7607 Adams St., Apt. 1**<br>**Forest Park, IL 60130** | Pipeline-Westlake Hospital, LLC (19-22881) | 110-1 | 156-1 | $12,000.00 | The surviving claim amends the claim to be disallowed. |
| 10 | **Pamela Smith**<br>**3322 Madison St.**<br>**Bellwood, IL 60104** | Pipeline-Westlake Hospital, LLC (19-22881) | 141-1 | 144-1 | $6,000.00 | The surviving claim amends the claim to be disallowed. |
| 11 | **Tamara Venturella**<br>**10609 Nevada Ave.**<br>**Melrose Park, IL 60164** | Pipeline-Westlake Hospital, LLC (19-22881) | 22-1 | 22-2 | $9,055.00 | The surviving claim amends the claim to be disallowed. |
| 12 | **United Healthcare Insurance Company**<br>**185 Asylum St**<br>**03B**<br>**Hartford, CT 06103** | Pipeline-Westlake Hospital, LLC (19-22881) | 1-1 | 1-2 | $15,933.92 | The surviving claim amends the claim to be disallowed. |
| 13 | **Veronica Perry**<br>**5036 W. Washington Blvd.**<br>**Chicago, IL 60644** | Pipeline-Westlake Hospital, LLC (19-22881) | 17-1 | 99-1 | $1,103.00 | The surviving claim amends the claim to be disallowed. |
| 14 | **Virginia Arroyo**<br>**5523 S. Meade Ave.**<br>**Chicago, IL 60638** | Pipeline-Westlake Hospital, LLC (19-22881) | 115-1 | 115-2 | $7,692.16 | The surviving claim amends the claim to be disallowed. |