**EXHIBIT B**

**TARDILY FILED CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Applicable Bar Date | Date Filed | Filed Amount | Filed Classification | Modified Classification | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Constance Nowak<br>419 Luthin Rd.<br>Oak Brook, IL 60523 | Pipeline-Westlake Hospital, LLC (19-22881) | 162-1 | 1/6/2020 | 1/28/2020 | $5,000.00 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 2 | Cook County Department of Revenue<br>118 North Clark Street, Room 1160<br>Chicago, IL 60602 | Pipeline-Westlake Hospital, LLC (19-22881) | 166-1 | 2/3/2020 | 3/17/2020 | $ 4,480.61 | Priority under 11 U.S.C. § 507(a)(8) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 3 | CyraCom, LLC<br>2650 E. Elvira Ste 132<br>Tucson, AZ 85756 | Pipeline-Westlake Hospital, LLC (19-22881) | 151-1 | 1/6/2020 | 1/9/2020 | $ 2,365.42 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 4 | Debora A. Maggio<br>1226 S. Maple #2<br>Berwyn, IL 60402 | Pipeline-Westlake Hospital, LLC (19-22881) | 160-1 | 1/6/2020 | 1/28/2020 | $ 24,002.79 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 5 | Edward C. McWilliams<br>401 Grandville Ave.<br>Hillside, IL 60162 | Pipeline-Westlake Hospital, LLC (19-22881) | 147-1 | 1/6/2020 | 1/8/2020 | $ 2,378.46 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 6 | Elaine D. Eskridge<br>2217 West Division Apt 3<br>Melrose Park, IL 60160 | Pipeline-Westlake Hospital, LLC (19-22881) | 158-1 | 1/6/2020 | 1/21/2020 | $ 1,902.00 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 7 | Gladys Jean Gary<br>510 Gregory Avenue, Apt. 3 A<br>Glendale Heights, IL 60139 | Pipeline-Westlake Hospital, LLC (19-22881) | 146-1 | 1/6/2020 | 1/8/2020 | $ 4,654.80 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 8 | Jamerson & Bauwens Electrical Contractors, Inc.<br>3160 MacArthur Blvd.<br>Northbrook, IL 60062-6006 | Pipeline-Westlake Hospital, LLC (19-22881) | 169-1 | 1/6/2020 | 6/9/2020 | $ 4,271.66 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 9 | Jeremy Walker<br>525 Hyde Park<br>Bellwood IL 60104 | Pipeline-Westlake Hospital, LLC (19-22881) | 143-1 | 1/6/2020 | 1/8/2020 | $ 5,694.30 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 10 | Judyta Hankus<br>9223 Osceola Ave.<br>Morton Grove, IL 60053 | Pipeline-Westlake Hospital, LLC (19-22881) | 142-1 | 1/6/2020 | 1/8/2020 | $ 4,477.44 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | **Kahntact Medical d/b/a AlcoPro, Inc.**<br>**PO Box 10954**<br>**Knoxville, TN 37939** | Pipeline-Westlake Hospital, LLC (19-22881) | 170-1 | 1/6/2020 | 8/25/2020 | $ 221.00 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 12 | **Martha Christian**<br>**1512 S. 6th Avenue**<br>**P.O. Box 607**<br>**Maywood, IL 60153-0607** | Pipeline-Westlake Hospital, LLC (19-22881) | 157-1 | 1/6/2020 | 1/16/2020 | $ 10,620.00 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 13 | **Michael E. Rivers**<br>**1824 S. 9th Ave.**<br>**Maywood, IL 60153** | Pipeline-Westlake Hospital, LLC (19-22881) | 133-1 | 1/6/2020 | 1/7/2020 | $ 1,316.00 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 14 | **Michelle Rossi**<br>**1006 N 11th Ave.**<br>**Melrose Park, IL 60160** | Pipeline-Westlake Hospital, LLC (19-22881) | 145-1 | 1/6/2020 | 1/8/2020 | $ 1,578.00 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 15 | **Miriam R. Estrada**<br>**982 S Carly Cir.**<br>**Yorkville, IL 60560** | Pipeline-Westlake Hospital, LLC (19-22881) | 150-1 | 1/6/2020 | 1/9/2020 | $ 14,256.00 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 16 | **Monika Cahill**<br>**1004 S. Cedarcrest Dr.**<br>**Schaumburg, IL 60193** | Pipeline-Westlake Hospital, LLC (19-22881) | 153-1 | 1/6/2020 | 1/10/2020 | $ 14,290.56 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 17 | **Natasha K. Gordon**<br>**30 W Burlington Ave.**<br>**Westmont, IL, 60559** | Pipeline-Westlake Hospital, LLC (19-22881) | 148-1 | 1/6/2020 | 1/8/2020 | $ 16,047.00 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 18 | **Ricardo Briales, II**<br>**508 Bellwood Ave.**<br>**Bellwood, IL 60104** | Pipeline-Westlake Hospital, LLC (19-22881) | 134-1 | 1/6/2020 | 1/7/2020 | $ 2,591.68 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 19 | **Thomas Knysch**<br>**637 N. Michigan St.**<br>**Elmhurst, IL 60126** | Pipeline-Westlake Hospital, LLC (19-22881) | 149-1 | 1/6/2020 | 1/8/2020 | $ 7,963.35 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 20 | **VCG, Ltd. d/b/a VCG Uniform**<br>**5050 W. Irving Park Road**<br>**Chicago, IL 60641** | Pipeline-Westlake Hospital, LLC (19-22881) | 135-1 | 1/6/2020 | 1/7/2020 | $ 3,133.55 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 21 | **Virginia Bahena**<br>**2947 North Mango Ave.**<br>**Chicago, IL, 60634** | Pipeline-Westlake Hospital, LLC (19-22881) | 154-1 | 1/6/2020 | 1/10/2020 | $ 15,602.00 | Priority under 11 U.S.C. § 507(a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |
| 22 | **Vital Care Industries Inc.**<br>**7650 West 185th Street, Suite C**<br>**Tinley Park, IL 60477** | Pipeline-Westlake Hospital, LLC (19-22881) | 167-1 | 1/6/2020 | 5/7/2020 | $ 109.55 | Unsecured | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | **Wilonda Thornton**<br>**6720 Echo Ln. Apt. 5**<br>**Westmont IL 60559** | Pipeline-Westlake Hospital, LLC (19-22881) | 152-1 | 1/6/2020 | 1/7/2020 | $ 9,235.37 | Priority under 11 U.S.C. § 507(a) and (a)(4) | Tardily filed under 11 U.S.C. § 726 (a)(3) | Claim filed after applicable bar date. |