# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WESTLAKE PROPERTY HOLDINGS LLC | ) | Case No. 19-22881 |
| *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Deborah L. Thorne |

**DECLARATION OF DR. BEHROOZ ESHAGHY IN SUPPORT OF CLAIM NO. 121-1 AND CLAIMANT'S RESPONSE TO NOTICE OF TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CERTAIN OVERSTATED, MISCLASSIFIED, TARDILY FILED AND NO LIABILITY CLAIMS [DKT. 111]**

I, Dr. Behrooz Eshaghy ("Claimant"), state the following as my Declaration:

1. I am a licensed physician in the State of Illinois and owner of Behrooz Eshaghy, M.D., S.C. (the "Medical Group").

2. Prior to August 6, 2019 (the "Petition Date") I was the director of Cardiology for Westlake Hospital ("Westlake").

3. On the Petition Date, Westlake and Westlake Property Holdings LLC (together, the "Debtors") filed voluntary petitions under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (together, the "Cases").

4. On August 13, 2019, the Delaware court transferred the Cases to the U.S. Bankruptcy Court for the Northern District of Illinois, where they are jointly administered as Case No. 19-22878.

5. Subsequent to the transfer of the Cases, Mr. Ira Bodenstein was appointed as the Chapter 7 trustee for the Debtors (the "Trustee").

6. On January 4, 2020, I timely filed a proof of claim against the Debtors in the amount of $40,750.00 (the "Claim"). The Claim is pending as Claim No. 121-1 in the Pipeline-

1

Westlake Hospital LLC case (No. 19-22881). A copy of the Claim is attached hereto as <u>Exhibit A</u>.

7. On or about August 23, 2021, the Trustee filed a Sixth Omnibus Objection to Certain Overstated, Misclassified, Tardily Filed and No Liability Claim [Dkt. 111] (the "<u>Claim Objection</u>"). The Claim Objection included an objection to my Claim on the alleged basis that the Claim is overstated according to the books and records of the Debtors. In his Claim Objection, the Trustee suggests reducing the Claim to $1,021.00.

8. Since the filing of the Claim Objection, I have exchanged information and documentation to the Trustee supporting the Claim, as follows:

   a. I was paid from Westlake $2,000 per month for directorship fees in payment for my position as Director of Cardiology for the hospital. Payment for the June 2019 directorship was paid by Westlake by check in the amount of <u>$2,000</u>, which check was returned for insufficient funds, and remains outstanding. Directorship payments were made pursuant to terms of the Directorship Agreement dated July 1, 2016 between myself and Westlake. A copy of the Directorship Agreement will be made available to the Trustee.

   b. In addition, directorship fees for August 2019 (prorated in the amount of <u>$1,000</u>) were not paid. *See* Directorship Agreement.

   c. I received payments from Westlake by check which were also returned for insufficient funds in the collective amount of <u>$6,350</u>. Those checks were never replaced and remain outstanding. Copies of these checks are attached hereto as <u>Exhibit B</u>.

    d. I was paid $5.55 per EKG review. As of the Petition Date, I was owed the sum of $1,500 from Westlake for EKG's reviewed from January 7, 2019 through August 15, 2019. Payments for EKG services were paid pursuant to a Non-Invasive Cardiology Panel Agreement dated December 13, 2016 entered into between myself and Westlake. A copy of the Cardiology Agreement will be made available to the Trustee.

    e. Pursuant to an Emergency Room On-Call Agreement entered between myself and Westlake on April 6, 2017, I was paid by Westlake for each self-pay patient of Westlake for whom I provided medical care. The sum of not less than $15,000 remains due from Westlake to myself pursuant to the terms of the Agreement for the self-pay patients provided medical care by me in 2018 and 2019 (from January through August). A copy of the ER On-Call Agreement will be made available to the Trustee.

9. In total, the sum of not less than $25,850 remains due to me from Westlake. I advised the Trustee that I would agree to reducing the Claim to $25,850.

x

10. Based on the foregoing, the Trustee's objection should be denied, and an Order allowing the Claim in the amount of $25,850 should be entered.

Dated: December 15, 2021

_____
**Behrooz Eshaghy M.D.**

SUBSCRIBED AND SWORN to before
me this \_\_\_ st day of _____, 2021

_____
Notary Public

4

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1  Pipeline – Westlake Hospital, LLC
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court  Northern District of Illinois
Case number: 19-22881

FILED
U.S. Bankruptcy Court
Northern District of Illinois
1/4/2020
Jeffrey P. Allsteadt, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Eshaghy Behrooz MD<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Eshaghy Behrooz MD<br>Name<br>1111 Superior Street<br>Suite 303<br>Melrose Park, IL 60160<br><br>Contact phone  6303256929<br>Contact email  caeshaghy@aol.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ | **Where should payments to the creditor be sent?** (if different)<br>1613 Midwest Club Pky<br>Name<br><br>Oak Brook, IL 60523-2584<br><br>Contact phone  6303256929<br>Contact email  caeshaghy |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410  Proof of Claim  page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. How much is the claim? | $ 40750.00 | Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Services performed – Cardiology Director, EKG Interpretation, Self Pay Patient payments | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410                                       Proof of Claim                                                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No ☐ Yes. Check all that apply: | | |
|---|---|---|---|
| | | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   1/4/2020
                   MM / DD / YYYY

/s/ Behrooz Eshaghy
Signature

Print the name of the person who is completing and signing this claim:

Name: Behrooz Eshaghy
       First name   Middle name   Last name

Title:

Company:
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 1613 Midwest Club Pky
         Number Street
         Oak Brook, IL 60523-2584
         City State ZIP Code

Contact phone: 6303256929   Email: caeshaghy@aol.com

Official Form 410        Proof of Claim        page 3

# EXHIBIT B

## Check 1 (07/29/2019)

**PL WESTLAKE HOSPITAL INC, LLC**
1225 WEST LAKE STREET
MELROSE PARK, IL 60160

Wells Fargo Bank, N.A.
San Francisco, CA

DATE: 07/29/2019
CHECK NO.: 0253533
AMOUNT: *****2,000.00

Pay TWO THOUSAND DOLLARS AND ZERO CENTS********

To The Order Of:
BEHROUZ BEHAGHY MD
1613 MIDWEST CLUB PARKWAY        74715-2
OAK BROOK     IL 60523

Void over 90 Days

RETURN REASON (S): REFER TO MAKER

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

## Check 2 (08/14/2019)

**PL WESTLAKE HOSPITAL, INC, LLC**
1225 WEST LAKE STREET
MELROSE PARK, IL 60160

Wells Fargo Bank, N.A.
San Francisco, CA

DATE: 08/14/2019
CHECK NO.: 0253523
AMOUNT: *****$960.25

Pay NINE HUNDRED SIXTY DOLLARS AND 25 CENTS*******

To The Order Of:
BEHROUZ MOBADAM MD & ACC
1313 SUPERIOR ST        74715-1
Unit 202

MELROSE PARK   IL 60160

Void over 90 Days

RETURN REASON (S): REFER TO MAKER

*027107080*
08/14/2019
100300000015400

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

## Check 3 (07/02/2019)

**PL WESTLAKE HOSPITAL INC, LLC**
1225 WEST LAKE STREET
MELROSE PARK, IL 60160

Wells Fargo Bank, N.A.
San Francisco, CA

DATE: 07/02/2019
CHECK NO.: 0253448
AMOUNT: *****1,950.00

Pay ONE THOUSAND NINE HUNDRED FIFTY DOLLARS AND ZERO CENTS*******

To The Order Of:
BEHROUZ BEHAGHY MD
1613 MIDWEST CLUB PARKWAY        74715-2
OAK BROOK     IL 60523

Void over 90 Days

REFER TO MAKER

*027107080*
08/14/2019
100300000015500

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (S): REFER TO MAKER

*027107060*
08/14/2019
1003000000015600

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON (S)
REFER TO MAKER

**REFER TO MAKER**

FL WESTLAKE HOSPITAL INC. LLC
1775 WEST LAKE STREET
MELROSE PARK, IL 60145

Wells Fargo Bank, N.A.
San Francisco, CA

| DATE | CHECK NO. |
|---|---|
| 08/14/2019 | 0253292 |

AMOUNT
*****1,500.00

Pay   ONE THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS********

To The Order Of:
BEHROOZ YEGANEH MD
1613 MIDWEST CLUB PARKWAY
OAK BROOK     IL  60523

Void after 90 Days

⑈0000253292⑈ ⑆121000248⑆ 4611577149⑈

⑈0000253292⑈ ⑆121000248⑆ 4611577149⑈

⑈0000150000⑈