**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**NO LIABILITY CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Appliable Bar Date | Dated Filed | Filed Amount | Filed Claim Class | Objection | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Caruso, Debra K.<br>105326 Havens Drive<br>Downers Grove, IL 60516 | Pipeline-Westlake Hospital, LLC (19-22881) | 124-1 | 1/6/2020 | 1/6/2020 | $10,910.61 | 11 U.S.C. § 507(a)(5) | Disallow | No Liability. Claimant asserts a claim for PTO. However, Claimant was employed in a director level role and was on the honor system Management Time Off (MTO) plan and not the standard bi-weekly accruing PTO plan. No PTO/MTO owed to employee at time of termination. |
| 2 | Diaz, Alicia<br>136 North 13th Avenue, Apt. A<br>Melrose Park, IL 60160 | Pipeline-Westlake Hospital, LLC (19-22881) | 198-1 | 1/6/2020 | 1/10/2020 | $3,000.00 | 11 U.S.C. § 507(a)(4) | Disallow | No Liability. Claimant asserts a claim for severance and sick pay. Claimant was rehired at West Suburban Medical Center and received a payout for all accrued PTO that was earned as an employee of the Debtor while employed by West Suburban. Sick Pay is not a benefit paid at termination and Claimant was not eligible for any other severance. |
| 3 | Durham, Sherita R.<br>435 Shadowmoor Drive, Apt K-11<br>Thomson, GA 30824 | Pipeline-Westlake Hospital, LLC (19-22881) | 116-1 | 1/6/2020 | 1/3/2020 | Unliquidated | Unsecured | Disallow | No Liability. Employee never received any payment as an employee of the Debtor. The Claimant began FMLA under prior ownership of hospital on 7/31/2018 and exahusted FMLA on 7/31/2019. No amounts are due by the Debtor to Claimant. |
| 4 | Melendez, Candice<br>3655 N Page<br>Chicago, IL 60634 | Pipeline-Westlake Hospital, LLC (19-22881) | 195-1 | 1/6/2020 | 10/10/2019 | $1,800.00 | Unsecured | Disallow | No Liability. Claimant asserts Claim for PTO. Claimant was a registry/per diem employee and was never in a role accruing any PTO time. Accordingly, the Debtor's records reflect that no PTO is owed to Claimant. |

**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**NO LIABILITY CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Appliable Bar Date | Dated Filed | Filed Amount | Filed Claim Class | Objection | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Phillips, Rosie L.<br>507 50th Ave<br>Bellwood, IL 60104 | Pipeline-Westlake Hospital, LLC (19-22881) | 155-1 | 1/6/2020 | 1/14/2020 | $10,000.00 | 11 U.S.C. § 507(a)(4) | Disallow | No Liability. Claimant asserts a claim for wages and personal injury. The Debtor's records reflect that no wages are owed to Claimant. Claimant was a registry/per diem employee and all pay owed was paid with final paycheck issued to Claimant in August 2019. Claimant also asserted a worker's compensation claim (Claim #WC413D95261) with a June 16, 2019 date of loss. Liberty Mutual loss run shows the claim as closed. |
| 6 | Phillips, Rosie L.<br>507 50th Ave<br>Bellwood, IL 60104 | Pipeline-Westlake Hospital, LLC (19-22881) | 194-1 | 1/6/2020 | 12/31/2019 | $10,000.00 | 11 U.S.C. § 507(a)(4) | Disallow | No Liability. Claim is duplicative of Claim No. 155-1 |
| 7 | Rossi, Michelle<br>1006 N 11th Ave<br>Melrose Park, IL 60160 | Pipeline-Westlake Hospital, LLC (19-22881) | 145-1 | 1/6/2020 | 1/8/2020 | $15,780.00 | Unsecured | Disallow | No Liability. Claimant asserts a claim for severance and backpay. Claimant was rehired at West Suburban Medical Center and received payout for accrued PTO time that was earned as an employee of the Debtor at the time of her separation from West Suburban. Claimant was not eligible for any type of severance and was not owed back pay. |
| 8 | Smith, Carlotta<br>3655 N Page<br>Chicago, IL 60634 | Pipeline-Westlake Hospital, LLC (19-22881) | 196-1 | 1/6/2020 | 10/10/2019 | $1,800.00 | Unsecured | Disallow | No Liability. Claimant asserts Claim for PTO. The Debtor's records reflect that no PTO is owed to Claimant. Claimant was a registry/per diem employee and was never in a role accruing any PTO time. |

**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**NO LIABILITY CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Appliable Bar Date | Dated Filed | Filed Amount | Filed Claim Class | Objection | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Smith, Pamela<br>3322 Madison St<br>Bellwood, IL 60104 | Pipeline-Westlake Hospital, LLC (19-22881) | 144-1 | 1/6/2020 | 1/8/2020 | $6,000.00 | 11 U.S.C. § 507(a)(4) | Disallow | No Liability. Claimant asserts a claim for medical services rendered. The Debtor's records reflect that no PTO is owed to Claimant. Claimant was a registry/per diem employee and was never in a role accruing any PTO time. Sick Pay is not a benefit paid at termination and Claimant was not eligible for any other severance. All wages owed were paid up at the time of final paycheck in August 2019. |
| 10 | Wilson, Sharon<br>6611 S Maryland Ave<br>Chicago, IL 60637 | Pipeline-Westlake Hospital, LLC (19-22881) | 201-1 | 1/6/2020 | 1/22/2020 | $4,976.16 | Priority | Disallow | No Liability. Claimant asserts a priority claim on an unspecified basis. The Debtor's records reflect that no PTO is owed to Claimant. Claimant was a registry/per diem employee and was never in a role accruing any PTO time. All wages owed were paid up at the time of final paycheck in August 2019. |