Form G5 (20200713_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  Case Number: 19-22881
PIPELINE-WESTLAKE HOSPITAL, LLC, )
) (Jointly Administered)
) Chapter: 7
)
) Honorable Deborah L. Thorne
)
Debtor(s) )

**AGREED ORDER REGARDING TRUSTEE'S REGARDING THE ELEVENTH OMNIBUS OBJECTION TO THE CLAIMS OF FETTES, LOVE & SIEBEN, INC.**

Upon the Eleventh Omnibus Objection ("Objection") to the claims of Fettes, Love & Sieben, Inc. (capitalized terms not defined herein shall have the meaning ascribed to them in the Objection); it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that notice of the Objection and the opportunity for a hearing on the Objection were appropriate under the particular circumstances and that no other or further notice need be given; counsel for Fettes, Love & Sieben, Inc. having agreed to the entry of this Order; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1. Fettes, Love & Sieben, Inc.'s claim No. 65-2 filed in Case No. 19-22878 is disallowed in its entirety.

2. Fettes, Love & Sieben, Inc.'s claim No. 22-2 filed in Case No. 19-22881 is allowed as a secured claim in the fixed amount of $18,374.20.

3. Any and all other claims filed by Fettes, Love & Sieben, Inc. in these bankruptcy cases are disallowed.

4. Each Disputed Claim and the objection by the Trustee to such Disputed Claim, as addressed in the Objection and this Order constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Trustee and the Clerk of the Bankruptcy Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of this Order.

Form G5 (20200713_bkd)

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: August 12, 2022

**Prepared by:**
Allen J. Guon
Cozen O'Connor
123 Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-4450