**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PIPELINE-WESTLAKE HOSPITAL, LLC, | ) | Case No. 19-22881 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtor. | ) | |

<u>**NOTICE OF FINAL REPORT HEARING**</u>

TO:    See Attached Service List

PLEASE TAKE NOTICE that on **April 17, 2024 at 10:45 a.m.,** I will appear before the Honorable Deborah T. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, **or** electronically as described below, and present the **Trustee's Final Report**, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **160 9362 1728** — no password required. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

68397483\1

Dated:  March 22, 2024                          Respectfully submitted,

                                                IRA BODENSTEIN, TRUSTEE

                                                By:  /s/ Ira Bodenstein
                                                     One of his attorneys

Ira Bodenstein
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
312-474-1648
ibodenstein@cozen.com

## CERTIFICATE OF SERVICE

Ira Bodenstein, the undersigned attorney, hereby certifies that, on March 22, 2024, he caused the foregoing notice and appended **Notice of Final Report Hearing** to be served on the following individuals by the method indicated below.

/s/ Ira Bodenstein

CM/ECF

- **Todd Allan Atkinson**    todd.atkinson@wbd-us.com
- **Terence G Banich**    terence.banich@katten.com
- **Ira Bodenstein**    iratrustee@cozen.com, IL29@ecfcbis.com
- **Ira Bodenstein**    ibodenstein@cozen.com, ira-bodenstein-9561@ecf.pacerpro.com
- **Erin M Buechler**    erin.buechler@comed.com
- **Marc J Carmel**    mcarmel@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com;mhdocket@mcdonaldhopkins.com
- **Jack J. Carriglio**    jcarriglio@cozen.com, lhaslerig@cozen.com;jack-carriglio-4787@ecf.pacerpro.com;adoig@cozen.com
- **John T Carroll**    jcarroll@cozen.com, pgiordano@cozen.com;jdeeney@cozen.com;john-carroll-2735@ecf.pacerpro.com
- **Timothy R Casey**    timothy.casey@faegredrinker.com
- **Vlad Valentin Chirica**    vlad@chirica.law
- **Rosanne Ciambrone**    rciambrone@duanemorris.com, autodocketchi@duanemorris.com;rpdarke@duanemorris.com;jjohnson3@duanemorris.com
- **Scott R Clar**    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- **David E Cohen**    dcohen@swkattorneys.com

2

68397483\1

- **Jeffrey C Dan**    jeffd@goldmclaw.com
- **Riccardo A. DiMonte**    rdimonte@robbinsdimonte.com, msabovic@dimontelaw.com
- **David R Doyle**    daviddoyle@cozen.com, david-doyle-7943@ecf.pacerpro.com
- **Danny Duerdoth**    duerdothd@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com
- **Robert M Fishman**    rfishman@cozen.com, robert-fishman-9859@ecf.pacerpro.com
- **Amy Galvin-Grogan**    mmaher@ghulaw.com, agrogan@gghhlaw.com;awallace@ghulaw.com;toliver@gghhlaw.com
- **Donald B Garvey**    garvlaw@sbcglobal.net
- **Miriam Stein Granek**    mgranek@gutnicki.com, docket@gutnicki.com;1694884420@filings.docketbird.com
- **Edward Joseph Green**    egreen@foley.com
- **Joshua D. Greene**    jgreene@springerbrown.com, aoloughlin@springerbrown.com
- **Allen J Guon**    aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Reed Heiligman**    reed@hzhlaw.com, awhitt@hzhlaw.com
- **Scott E Jensen**    sjensen@mjwchicago.com
- **Nicollette L Khuans**    nicollette.khuans@gmail.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Robert Lynch**    robert.lynch2@illinois.gov, John.Reding@ilag.gov
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Michael W Ovca**    movca@edelson.com, 1498658420@filings.docketbird.com
- **Nancy A Peterman**    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com;stibbep@gtlaw.com
- **Joe C Pioletti**    piolettilaw@piolettilaw.com, piolettijr86177@notify.bestcase.com
- **Christina Sanfelippo**    csanfelippo@cozen.com, cknez@cozen.com;christina-sanfelippo-5069@ecf.pacerpro.com
- **Daniel J Schneider**    dschneider@edelson.com, ascharg@edelson.com;docket@edelson.com
- **John Simonetti**    zotalis@mschicagolaw.com, simonetti@mschicagolaw.com
- **Bradley A. Skafish**    brad@deutschmanlaw.com, baskafish@gmail.com
- **Julia Jensen Smolka**    jsmolka@robbinsdimonte.com, jtronina@robbinsdimonte.com;mrussell@dimontelaw.com
- **Michele M Springer**    mspringer@springerbrown.com
- **Thomas E Springer**    tspringer@springerbrown.com, IL85@ecfcbis.com;mspringer@springerbrown.com
- **Thomas E Springer**    tspringer@springerbrown.com, aoloughlin@springerbrown.com;ekarch@springerbrown.com
- **Gregory K Stern**    greg@gregstern.com, monica@gregstern.com
- **Matthew J Stockl**    mstockl@wghlawyers.com, TDolcourt@foley.com;dnichols@foley.com;egreen@foley.com;docketflow@foley.com
- **Andrew D Stosberg**    astosberg@grayice.com, mfield@middletonlaw.com;lstrevinsky@middletonlaw.com
- **John R Weiss**    jrweiss@duanemorris.com, autodocketchi@duanemorris.com;jjohnson3@duanemorris.com
- **David A Wender**    david.wender@alston.com

- **Steven F. Werth**    steven.werth@gmlaw.com
- **Erin A West**    ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
- **Jeffrey L. Widman**    jwidman@foxrothschild.com, ChDocket@foxrothschild.com
- **Eric R von Helms**    evonhelms@kmksc.com

## By U.S. Mail

Fettes, Love & Sieben, Inc.
4325 N. Lincoln Avenue
Chicago, IL 60618

United Healthcare Insurance Company
185 Asylum Street
03B
Hartford, CT  06103

Covidien
Sue Danneker, Credit Administ
15 Hampshire Street
Mansfield, MA 02048

SHC Services, Inc.
1640 Redstone Center Drive, S
Park City, UT 84098

GE Precision Healthcare LLC a
c/o Michael Bach, Authorized Agent
25 Whitney Drive, Suite 106
Milford, OH 45150

Abbott Vascular Division of Abb
c/o Krohner, Mann & Kallas, S.C.
4650 North Port Washington R
Milwaukee, WI 53212

Pioneer Funding Group III, LLC
232 W. 116th St.
Box 1735
New York, NY 10026

Teleflex Medical
P.O. Box 601608
Charlotte, NC 28260

Arrow International
P.O. Box 60519
Charlotte, NC 28260

FedEx Corporate Services Inc. a
FedEx Express/Ground/Freight/
3965 Airways Blvd, Module G, 3
Memphis, TN 38116-5017

Suture Express
11020 King Street
Suite 400
Overland Park, KS 66210

Medtronic USA
4642 Collection Center Drive
Chicago, IL 60693-5543

Dutch Ophthalmic USA
10 Continental Drive
Building 1
Exeter, NH 03833

Vyaire Medical
29429 Network Place
Chicago, IL 60673

Advanced Medical Sales
216 Avenida Fabricante #110
San Clemente, CA 92672

De Lage Landen Financial Services
Attn:  T. Hartzell
1111 Old Eagle School Road
Wayne, PA 19087

68397483\1

ADP LLC
1851 N. Resler
El Paso, TX 79912

American National Red Cross
Office of General Counsel
431 18th St. NW, Attn: Lori Pola
Washington, DC 20006

Maine Standards
221 US Route 1
Cumberland Foreside, ME 04110

Bio-Medical Applications of Illinois, Inc.
Fresenius Medical Care North
920 Winter Street
Waltham, MA 02451-1521

Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131

Biomedical Electronics Service
71 Eisenhower Lane South
Lombard, IL 60148-5409

Microport CRM USA Inc.
5677 Airline Road
Arlington, TN 38002-9501

Meyers Design Inc
301 Caysens Square Lane
Franklin, TN 37064-1413

Taylor Communications
111 W First Street
Dayton, OH 45402-1134

Davis Bancorp Incorporated
P.O. Box 1690
Barrington, IL 60011-1690

Metro Chicago Surgical Oncology, LLC
3201 Old Glenview Road #225
Wilmette, IL 60091

Owens & Minor Distribution, Inc.
9120 Lockwood Blvd
Attn Terry Rachuy
Mechanicsville, VA 23116-2015

Anderson Pest Solutions
Joseph Kraynak
1125 Berkshire Blvd, Suite 150
Wyomissing, PA 19610-1218

TIAA Commercial Financial, Inc.
c/o GE HGS, LLC, ATTN: Amy B
9900 Innovation Dr. RP-2100
Wauwatosa, WI 53226

Lyndon D. Taylor, M.D. LLC
479 North Harlem Ave., Apt. 1328
Oak Park, IL 60301

EBM Inc.
1000 E. State Parkway
Suite A
Schaumburg, IL 60173

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523-1502

McAdam Landscape Incorpor
Attn: Scott McAdam
2001 Des Plaines Avenue
Forest Park, IL 60130

Eshaghy Behrooz MD
1613 Midwest Club Pky
Oak Brook, IL 60532-2584

C.R. Bard, Inc.
McCarter & English, LLP
Attn: Lisa S. Bonsall, Esq.
100 Mulberry Street, Four Gateway Ctr.
Newark, NJ 07102

Alcon Vision, LLC
Attn:  Bankruptcy TB4-2
6201 S. Freeway
Fort Worth, TX  76134-2001

L. Medicine Labs, LLC
Attn:  Legal Department
2160 S. First Avenue
Maywood, IL 60153

CyraCom, LLC
2650 E. Elvira Ste 132
Tucson, AZ 85756

Centers for Medicare & Medicaid Services
P.O. Box 7520
Baltimore, MD 21207

Cook County Treasurer's Office
118 North Clark Street, Room 1
Chicago, IL 60602

Vital Care Industries Inc.
7650 West 185th Street, Suite C
Tinley Park, IL 60477

Jamerson & Bauwens Electric
3160 MacArthur Blvd.
Northbrook, IL 60062-6006

Kahntact Medical
PO Box 19054
Knoxville, TN 37939

Verathon Inc.
PO Box 835117
Atlanta, GA 31193

Richard's Medical Equipment Inc.
PO Box 850
Wheeling, IL 60090-0850

Fore Supply Company
Attn:  Carol Roth
1205 Capital Drive
Addison, IL 60101

Steiner Electric Company
1250 Touhy Ave.
Elk Grove Village, IL 60007

Radiology Physics Solutions
Patricia Miller
4757 Oregon Trail
McHenry, IL 60050

Laboratory Corporation of Amer
P.O. Box 12140
Burlington, NC 27216

Johnson Controls Fire Protection
50 Technology Drive
Attn:  Bankruptcy
Westminister, MA 01441

Omni-Pump Repairs Inc.
Peter Moraitis
9224 Chestnut Avenue
Franklin Park, IL 60131

American Courier Service
c/o Law Offices of James M. O'
218 Jefferson, Suite 400
Chicago, IL 60661

Schindler Elevator Corporation
1530 Timberwolf Drive
Holland, OH 43528

Armstrong Medical Industries Inc.
575 Knightsbridge Pkwy
Lincolnshire, IL 60069

Suburban Door Check Lock & Service
415 W. Ogden Avenue
Westmont, IL 60599

First Point Mechanical Service
1625 Winnetka Circle
Rolling Meadow, IL 60008

7

Alphatec Spine Inc.
5818 El Camino Real
Carlsbad, CA 92008

Midwest Foods
Taft Stettinius & Hollister
111 E. Wacker Dr #2800
Chicago, IL 60601

Mid-West Institutional Food Dis
c/o Nicollette L. Khuans, Taft St.
111 E. Wacker Drive #2800
Chicago, IL 60601

68397483\1

Ira Bodenstein
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-1647
iratrustee@cozen.com
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division  DIVISION

In re: PIPELINE - WESTLAKE HOSPITAL, LLC     §     Case No. 19-22881

                         §

                         §

                         §

            Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 11,712,799.92 |
| *and approved disbursements of:* | $ | 8,864,285.73 |
| *leaving a balance on hand of[1]:* | $ | 2,848,514.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 65 | Fettes Love Sieben, Inc. | 18,374.20 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $          0.00

Remaining balance:    $      2,848,514.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 374,634.00 | 300,000.00 | 20,478.60 |
| Attorney for Trustee Fees - Johnson, Abramial L. | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Expenses - Fox Rothschild LLP | 8,334.75 | 8,334.75 | 0.00 |
| Accountant for Trustee, Fees - Giuliano Miller & Company, LLC | 14,809.50 | 14,809.50 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee, Expenses - Giuliano Miller & Company, LLC | 53.46 | 53.46 | 0.00 |
| Trustee, Fees - FEE - Alfred T. Giuliano | 54,155.40 | 54,155.40 | 0.00 |
| Other Chapter 7 Administrative Expenses - Abbott Vascular Division of Abbott Laboratories Inc. | 786.00 | 0.00 | 786.00 |
| Other Chapter 7 Administrative Expenses - Abbott Nutrition Division of Abbott Laboratories Inc. | 901.37 | 0.00 | 901.37 |
| Other Chapter 7 Administrative Expenses - Abbott Diagnostics Division of Abbott Laboratories Inc. | 16,196.94 | 0.00 | 16,196.94 |
| Other Chapter 7 Administrative Expenses - Vyaire Medical | 1,402.81 | 0.00 | 1,402.81 |
| Other Chapter 7 Administrative Expenses - Abbott Diagnostics Division of Abbott Laboratories Inc. | 8,693.23 | 0.00 | 8,693.23 |
| Other Chapter 7 Administrative Expenses - Atkins, John J. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Baylon, Anna Marie G. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Berrospe, Maria D | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Briales II, Ricardo | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Butler, Adrienne | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Escamilla, Judith M. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Berrospe, Victor | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Empire Cooler Service Inc. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - GE Precision Healthcare LLC | 3,507.86 | 0.00 | 3,507.86 |
| Other Chapter 7 Administrative Expenses - Gennell, Rovespierre | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Gennell, Sara | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Hankus, Judyta | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Kim, Kee Chong | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Lisowski, Christine | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Mid-West Institutional Food Distributors, Inc. | 1,850.21 | 0.00 | 1,850.21 |
| Other Chapter 7 Administrative Expenses - Venturella, Tamara | 0.00 | 0.00 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Chapter 7 Administrative Expenses - Juszynski, Danine | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Kwiecinska, Maria | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Kwiecinska, Maria | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - McWilliams, Edward | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Mendoza, Hermelinda | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Siazon, Delia P. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Yanez, Blanca | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Poro, Lawrence | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Siazon, Nelson C. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Perry, Veronica | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - SRC Hospital Investments II, LLC, Weiss Memorial Hospital and West Suburban Medical Center | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Anthony, Kelly | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Allen Jr., Charles H. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Bio-Medical Applications of Illinois, Inc. | 935.38 | 0.00 | 935.38 |
| Attorney for Trustee Fees - Fox Rothschild LLP | 545,922.40 | 545,922.40 | 0.00 |
| Attorney for Trustee Fees - Cozen O'Connor | 842,553.37 | 842,553.37 | 0.00 |
| Attorney for Trustee, Expenses - Cozen O'Connor | 13,245.37 | 13,245.37 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 49,031.00 | 49,031.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Springer Larsen | 41,838.50 | 41,838.50 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Springer Larsen | 8,266.77 | 8,266.77 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Cozen O'Connor | 836.51 | 836.51 | 0.00 |
| Consultant for Trustee Fees - Wilshire Pacific Capital Advisors | 819,376.37 | 819,376.37 | 0.00 |
| Consultant for Trustee Fees - TRE Reimbursement Consulting, Inc. | 26,240.25 | 26,240.25 | 0.00 |
| Consultant for Trustee Expenses - Wilshire Pacific Capital Advisors | 9,023.96 | 9,023.96 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Consultant for Trustee Expenses - TRE Reimbursement Consulting, Inc. | 616.36 | 616.36 | 0.00 |
| Other Professional's Fees - Greenberg Traurig, LLP | 10,308.50 | 10,308.50 | 0.00 |
| Other Professional's Fees - SAK Management Services, LLC | 12,660.00 | 12,660.00 | 0.00 |
| Other Professional's Expenses - Greenberg Traurig, LLP | 36.30 | 36.30 | 0.00 |
| Other Professional's Expenses - SAK Management Services, LLC | 105.93 | 105.93 | 0.00 |

Total to be paid for chapter 7 administrative expenses:    $        54,752.40
Remaining balance:    $     2,793,761.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $     2,793,761.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Reyes, Arnoldo | 0.00 | 0.00 | 0.00 |
| 30 | Acosta, Gary | 0.00 | 0.00 | 0.00 |
| 34 | Natalizio, Angela | 0.00 | 0.00 | 0.00 |
| 36 | Lisowski, Christine | 0.00 | 0.00 | 0.00 |
| 41 | Nolan, Carolynn | 0.00 | 0.00 | 0.00 |
| 42P | Holich, Jodie | 0.00 | 0.00 | 0.00 |
| 46P | Kwiecinska, Maria | 0.00 | 0.00 | 0.00 |
| 55 | Today, Nancy | 0.00 | 0.00 | 0.00 |
| 72 | Scaria, Stacy | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 91 | Escudero, Edna J | 0.00 | 0.00 | 0.00 |
| 94P | Lyndon D. Taylor, M.D. LLC | 0.00 | 0.00 | 0.00 |
| 97 | Anthony, Kelly-keisha | 0.00 | 0.00 | 0.00 |
| 97-2 | Anthony, Kelly-keisha | 0.00 | 0.00 | 0.00 |
| 100P | Eggert, Nancy Kay | 0.00 | 0.00 | 0.00 |
| 107P | Mock, Barbara | 0.00 | 0.00 | 0.00 |
| 110 | Jones, Sandra | 0.00 | 0.00 | 0.00 |
| 115 | Arroyo, Virginia | 0.00 | 0.00 | 0.00 |
| 115-2 | Arroyo, Virginia | 0.00 | 0.00 | 0.00 |
| 122 | Graal, Janice A. | 0.00 | 0.00 | 0.00 |
| 123 | Dunne, Geraldine | 0.00 | 0.00 | 0.00 |
| 127 | Falcone, Anna Marie individ and on behalf of those similarly situated | 0.00 | 0.00 | 0.00 |
| 136 | Michaud, Christen | 0.00 | 0.00 | 0.00 |
| 137 | Lieske, Amanda | 0.00 | 0.00 | 0.00 |
| 139 | Favia, Bonnie M | 0.00 | 0.00 | 0.00 |
| 140P | Roberson, Rodney | 0.00 | 0.00 | 0.00 |
| 141 | Smith, Pamela | 0.00 | 0.00 | 0.00 |
| 144 | Smith, Pamela | 0.00 | 0.00 | 0.00 |
| 152 | Thornton, Wilonda | 0.00 | 0.00 | 0.00 |
| 154 | Bahena, Virginia | 0.00 | 0.00 | 0.00 |
| 158 | Eskridge, Elaine D | 0.00 | 0.00 | 0.00 |
| 159 | Lane, Bernita T | 0.00 | 0.00 | 0.00 |
| 161 | Watts, Selma | 0.00 | 0.00 | 0.00 |
| 162 | Nowak, Constance | 0.00 | 0.00 | 0.00 |
| 165 | Ginie, Mary E | 0.00 | 0.00 | 0.00 |
| 168 | Fountain, Melody | 0.00 | 0.00 | 0.00 |
| 177 | Maglaya, Catherine Folker | 0.00 | 0.00 | 0.00 |
| 184 | Juszynski, Danine | 0.00 | 0.00 | 0.00 |
| 185 | Jenkins, Aretha | 0.00 | 0.00 | 0.00 |
| 186 | Lim, Clifford G | 0.00 | 0.00 | 0.00 |
| 190P | Mazurek, Gregory R | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 192 | Lane, Bernita T | 0.00 | 0.00 | 0.00 |
| 193 | Watts, Selma | 0.00 | 0.00 | 0.00 |
| 194 | Phillips, Rosie L | 0.00 | 0.00 | 0.00 |
| 197 | Garibay, Liz Mariel | 0.00 | 0.00 | 0.00 |
| 199 | Reggi, Julie Macino | 0.00 | 0.00 | 0.00 |
| 204 | Nowak, Constance | 0.00 | 0.00 | 0.00 |
| 207 | Fountain, Melody | 0.00 | 0.00 | 0.00 |
| 209 | Berrospe, Victor M | 0.00 | 0.00 | 0.00 |
| 210 | Berrospe, Maria D | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $       0.00
Remaining balance:  $  2,793,761.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,754,738.05 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Healthcare Insurance Company | 12,000.00 | 0.00 | 12,000.00 |
| 2 | Covidien | 15,422.05 | 0.00 | 15,422.05 |
| 3 | SHC Services, Inc, DBA Supplemental Health Care | 54,184.80 | 0.00 | 54,184.80 |
| 4 | GE Precision Healthcare LLC aka GE Healthcare OEC | 1,985.00 | 0.00 | 1,985.00 |
| 5 | GE Precision Healthcare LLC | 10,356.15 | 0.00 | 10,356.15 |
| 6 | GE Precision Healthcare LLC | 197,491.60 | 0.00 | 197,491.60 |
| 7 | GE Precision Healthcare LLC | 787.82 | 0.00 | 787.82 |
| 8U | Abbott Vascular Division of Abbott Laboratories Inc. | 6,229.00 | 0.00 | 6,229.00 |
| 9 | Abbott Point of Care Inc. | 1,181.63 | 0.00 | 1,181.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10U | Abbott Nutrition Division of Abbott Laboratories Inc. | 571.78 | 0.00 | 571.78 |
| 11 A | Pioneer Funding Group III, LLC | 164,273.95 | 0.00 | 164,273.95 |
| 11 B | Pioneer Funding Group IV, LLC | 164,273.95 | 0.00 | 164,273.95 |
| 12 | Teleflex Medical | 636.31 | 0.00 | 636.31 |
| 13 | Arrow International | 3,309.50 | 0.00 | 3,309.50 |
| 14 | FedEx Corporate Services Inc as Assignee of | 4,587.20 | 0.00 | 4,587.20 |
| 15 | Suture Express | 14,170.97 | 0.00 | 14,170.97 |
| 16 | Medtronic USA | 100,122.00 | 0.00 | 100,122.00 |
| 17 | Perry, Veronica | 0.00 | 0.00 | 0.00 |
| 19 | Ginie, Mary Ellen | 0.00 | 0.00 | 0.00 |
| 20 | Angeli, Linda | 0.00 | 0.00 | 0.00 |
| 21 | Butler, Adrienne | 0.00 | 0.00 | 0.00 |
| 22 | Venturella, Tamara | 0.00 | 0.00 | 0.00 |
| 23 | Shaker Recruitment Marketing | 0.00 | 0.00 | 0.00 |
| 24 | Gennelll, Rovespierre | 0.00 | 0.00 | 0.00 |
| 25 | Gennell, Sara | 0.00 | 0.00 | 0.00 |
| 26 | Kovach, Diana M. | 0.00 | 0.00 | 0.00 |
| 27 | Rojas, Daniel | 0.00 | 0.00 | 0.00 |
| 28 | Van Riet, Loretta Gail | 0.00 | 0.00 | 0.00 |
| 29U | Abbott Diagnostics Division of Abbott Laboratories Inc | 42,793.23 | 0.00 | 42,793.23 |
| 31 | Larenas, Juan | 0.00 | 0.00 | 0.00 |
| 32 | Dutch Ophthalmic USA | 1,913.04 | 0.00 | 1,913.04 |
| 33 | CHG Medical Staffing Inc | 0.00 | 0.00 | 0.00 |
| 35 | Cahill, Monika | 0.00 | 0.00 | 0.00 |
| 37 A | Pioneer Funding Group III, LLC | 7,512.97 | 0.00 | 7,512.97 |
| 37 B | Pioneer Funding Group IV, LLC | 7,512.98 | 0.00 | 7,512.98 |
| 38 | Vyaire Medical | 4,063.80 | 0.00 | 4,063.80 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 39 | Advanced Medical Sales | 452.70 | 0.00 | 452.70 |
| 40 | De Lage Landen Financial Services Inc | 36,793.20 | 0.00 | 36,793.20 |
| 42U | Holich, Jodie | 0.00 | 0.00 | 0.00 |
| 43 | Omer, Mahmood B. | 0.00 | 0.00 | 0.00 |
| 44 | ADP LLC | 2,691.66 | 0.00 | 2,691.66 |
| 45 | Estrada, Miriam | 0.00 | 0.00 | 0.00 |
| 46U | Kwiecinska, Maria | 0.00 | 0.00 | 0.00 |
| 47 | American National Red Cross | 11,321.19 | 0.00 | 11,321.19 |
| 48 | Escamilla, Judith | 0.00 | 0.00 | 0.00 |
| 49 | Best, Timeshia | 0.00 | 0.00 | 0.00 |
| 50 | Maine Standards | 1,647.21 | 0.00 | 1,647.21 |
| 51 | Kim, Kee Chong | 31,589.85 | 0.00 | 31,589.85 |
| 52 | Paul, Rachel | 0.00 | 0.00 | 0.00 |
| 53 | Nolan, Carolynn | 0.00 | 0.00 | 0.00 |
| 54 | Bio-Medical Applications of Illinois, Inc. | 17,518.06 | 0.00 | 17,518.06 |
| 56 | Sowizral, Agatha | 0.00 | 0.00 | 0.00 |
| 57 | Canto, Henrissa T | 0.00 | 0.00 | 0.00 |
| 58 | Moarn, Donald L | 0.00 | 0.00 | 0.00 |
| 59 | Airgas USA, LLC | 16,233.95 | 0.00 | 16,233.95 |
| 60 | Biomedical Electronics Services & Technologies | 625.00 | 0.00 | 625.00 |
| 61 | Microport CRM USA Inc. | 40,404.76 | 0.00 | 40,404.76 |
| 62 | Meyers Design Inc | 4,849.44 | 0.00 | 4,849.44 |
| 63 | Froehlich, Mary | 0.00 | 0.00 | 0.00 |
| 64 | Taylor Communications | 10,302.67 | 0.00 | 10,302.67 |
| 66 | Herrera, Maria E | 0.00 | 0.00 | 0.00 |
| 67 | Davis Bancorp Incorporated | 1,851.00 | 0.00 | 1,851.00 |
| 68 | Metro Chicago Surgical Oncology, LLC | 5,750.00 | 0.00 | 5,750.00 |
| 69 | Carter, Demian S | 0.00 | 0.00 | 0.00 |
| 70 | Magee, Dorothy J | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 71 | Froehlich, Mary | 0.00 | 0.00 | 0.00 |
| 73 | Oyesiku, Imuentiyan F | 0.00 | 0.00 | 0.00 |
| 74 | Pearson, Terri | 0.00 | 0.00 | 0.00 |
| 75 | Di Genova, Frances | 0.00 | 0.00 | 0.00 |
| 76 | Ciarrachi, Dan V | 0.00 | 0.00 | 0.00 |
| 77 | McCarthy, Robert | 0.00 | 0.00 | 0.00 |
| 78 | Owens & Minor Distribution, Inc. | 55,000.00 | 0.00 | 55,000.00 |
| 79 | Bronny, Mary | 0.00 | 0.00 | 0.00 |
| 80 | Rad, Cornelia | 0.00 | 0.00 | 0.00 |
| 81 | Lam, Nelson | 0.00 | 0.00 | 0.00 |
| 82 | Swain, Sharlyon A | 0.00 | 0.00 | 0.00 |
| 83 | Anderson Pest Solutions | 2,188.00 | 0.00 | 2,188.00 |
| 84 | Paravara, Mary | 0.00 | 0.00 | 0.00 |
| 85 | TIAA Commercial Finance, Inc. | 13,280.20 | 0.00 | 13,280.20 |
| 86 | Young, Tyshema | 0.00 | 0.00 | 0.00 |
| 87 | Burrell, Gloria | 0.00 | 0.00 | 0.00 |
| 88 | Collins, Mari J. | 0.00 | 0.00 | 0.00 |
| 89 | Ott, Karen | 0.00 | 0.00 | 0.00 |
| 90 | Heifetz, Leora | 0.00 | 0.00 | 0.00 |
| 92 | Rodriguez, Elizabeth | 0.00 | 0.00 | 0.00 |
| 93 | Siazon, Delia P | 0.00 | 0.00 | 0.00 |
| 94U | Lyndon D. Taylor, M.D. LLC | 36,690.00 | 0.00 | 36,690.00 |
| 95 | Custodio, Conchinita V | 0.00 | 0.00 | 0.00 |
| 96 | Siazon, Nelson C | 0.00 | 0.00 | 0.00 |
| 98 | Johnson, Abramial L | 0.00 | 0.00 | 0.00 |
| 99 | Perry, Veronica | 0.00 | 0.00 | 0.00 |
| 100U | Eggert, Nancy Kay | 0.00 | 0.00 | 0.00 |
| 101 | La Montagna, Laura L | 0.00 | 0.00 | 0.00 |
| 102 | Atkins, John J | 0.00 | 0.00 | 0.00 |
| 102-2 | Atkins, John J | 0.00 | 0.00 | 0.00 |
| 103 | Saenz, Silvia | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 104 | Cheng, Juvy J | 0.00 | 0.00 | 0.00 |
| 105 | EBM Inc. | 44,430.30 | 0.00 | 44,430.30 |
| 106 | King, Bonnie | 0.00 | 0.00 | 0.00 |
| 107U | Mock, Barbara | 0.00 | 0.00 | 0.00 |
| 108 | Allen, Charles | 0.00 | 0.00 | 0.00 |
| 109 | Commonwealth Edison Company | 55,128.64 | 0.00 | 55,128.64 |
| 111 | McAdam Landscaping Incorporated | 10,201.00 | 0.00 | 10,201.00 |
| 112 | CaremarkPCS Health, L.L.C. | 0.00 | 0.00 | 0.00 |
| 113 | Mathew, Thressiamma | 0.00 | 0.00 | 0.00 |
| 114 | Malinowski, Denise M | 0.00 | 0.00 | 0.00 |
| 116 | Durham, Sherita R | 0.00 | 0.00 | 0.00 |
| 117 | Kateeb, Mary | 0.00 | 0.00 | 0.00 |
| 118 | Rzepka, Ronald | 0.00 | 0.00 | 0.00 |
| 119 | Rzepka, Diane | 0.00 | 0.00 | 0.00 |
| 120 | Angeli, Linda | 0.00 | 0.00 | 0.00 |
| 121 | Eshaghy Behrooz MD | 18,350.00 | 0.00 | 18,350.00 |
| 124 | Caruso, Debra K | 0.00 | 0.00 | 0.00 |
| 125 | Becton, Dickinson and Company | 0.00 | 0.00 | 0.00 |
| 126 | C.R. Bard, Inc. | 26,258.98 | 0.00 | 26,258.98 |
| 128 | Alcon Vision, LLC | 18,774.72 | 0.00 | 18,774.72 |
| 129 | L. Medicine Labs, LLC | 108,552.07 | 0.00 | 108,552.07 |
| 130 | Pipeline Health Systems, LLC | 0.00 | 0.00 | 0.00 |
| 131 | Pipeline-West Suburban Medical Center, LLC | 0.00 | 0.00 | 0.00 |
| 138 A | Pioneer Funding Group IV, LLC | 18,155.98 | 0.00 | 18,155.98 |
| 138 B | Pioneer Funding Group III, LLC | 18,155.98 | 0.00 | 18,155.98 |
| 140U | Roberson, Rodney | 0.00 | 0.00 | 0.00 |
| 163 | Centers for Medicare & Medicaid Services, US DHHS | 218,767.72 | 0.00 | 218,767.72 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 171 | Verathon Inc. | 1,936.70 | 0.00 | 1,936.70 |
| 172 | Richard's Medical Equipment Inc | 362.30 | 0.00 | 362.30 |
| 173 | Fore Supply Company | 781.57 | 0.00 | 781.57 |
| 174 | Steiner Electric Company | 659.34 | 0.00 | 659.34 |
| 175 | Radiology Physics Solutions LLC | 6,420.00 | 0.00 | 6,420.00 |
| 176 | Brecka, Linda | 0.00 | 0.00 | 0.00 |
| 178 | Laboratory Corporation of America | 22,083.22 | 0.00 | 22,083.22 |
| 179 | Johnson Controls Fire Protection | 9,794.06 | 0.00 | 9,794.06 |
| 180 | Intranerve | 0.00 | 0.00 | 0.00 |
| 181P | Omni-Pump Repairs Inc. | 9,915.00 | 0.00 | 9,915.00 |
| 181U | Omni-Pump Repairs Inc. | 6,610.00 | 0.00 | 6,610.00 |
| 182 | American Courier Service | 3,588.48 | 0.00 | 3,588.48 |
| 183 | Schindler Elevator Corporation | 27,683.62 | 0.00 | 27,683.62 |
| 187 | Armstrong Medical Industries Inc | 150.00 | 0.00 | 150.00 |
| 188 | Suburban Door Check Lock & Service | 3,209.75 | 0.00 | 3,209.75 |
| 189 | Midwest Foods | 0.00 | 0.00 | 0.00 |
| 190U | Mazurek, Gregory R | 0.00 | 0.00 | 0.00 |
| 191 A | Pioneer Funding Group III, LLC | 10,100.00 | 0.00 | 10,100.00 |
| 191 B | Pioneer Funding Group IV, LLC | 10,100.00 | 0.00 | 10,100.00 |
| 195 | Melendez, Candice | 0.00 | 0.00 | 0.00 |
| 196 | Smith, Carlotta | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   1,754,738.05
Remaining balance:   $   1,039,023.74

Tardily filed claims of general (unsecured) creditors totaling $118,285.30 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 133 | Rivers, Michael E | 0.00 | 0.00 | 0.00 |
| 134 | Briales, Ricardo | 0.00 | 0.00 | 0.00 |
| 135 | VCG Uniform Carlson Murray | 0.00 | 0.00 | 0.00 |
| 142 | Hankus, Judyta | 0.00 | 0.00 | 0.00 |
| 143 | Walker, Jeremy | 0.00 | 0.00 | 0.00 |
| 145 | Rossi, Michelle | 0.00 | 0.00 | 0.00 |
| 146 | Gary, Gladys | 0.00 | 0.00 | 0.00 |
| 147 | McWilliams, Edward C | 0.00 | 0.00 | 0.00 |
| 148 | Gordon, Natasha K | 0.00 | 0.00 | 0.00 |
| 149 | Knysch, Thomas | 0.00 | 0.00 | 0.00 |
| 150 | Estrada, Miriam R | 0.00 | 0.00 | 0.00 |
| 151 | CyraCom, LLC | 2,365.42 | 0.00 | 2,365.42 |
| 153 | Cahill, Monika | 0.00 | 0.00 | 0.00 |
| 155 | Phillips, Rosie L | 0.00 | 0.00 | 0.00 |
| 156 | Jones, Sandra | 0.00 | 0.00 | 0.00 |
| 157 | Christian, Martha | 0.00 | 0.00 | 0.00 |
| 160 | Maggio, Debora A | 0.00 | 0.00 | 0.00 |
| 164 | Village of Melrose Park | 0.00 | 0.00 | 0.00 |
| 166 | Cook County Treasurer's Office | 4,480.61 | 0.00 | 4,480.61 |
| 167 | Vital Care Industries Inc. | 109.55 | 0.00 | 109.55 |
| 169 | Jamerson & Bauwens Electrical Contractors, Inc. | 4,271.66 | 0.00 | 4,271.66 |
| 170 | Kahntact Medical | 221.00 | 0.00 | 221.00 |
| 198 | Diaz, Alicia | 0.00 | 0.00 | 0.00 |
| 200 | Dollar, Janelle R | 0.00 | 0.00 | 0.00 |
| 201 | Wilson, Sharon | 0.00 | 0.00 | 0.00 |
| 202 | Hansen, Jessica Ann | 0.00 | 0.00 | 0.00 |
| 203 | Karolewicz, Janet L | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 205 | First Point Mechanical Service | 60,347.67 | 0.00 | 60,347.67 |
| 206 | Alphatec Spine Inc. | 29,660.00 | 0.00 | 29,660.00 |
| 208 | Midwest Foods | 4,322.53 | 0.00 | 4,322.53 |
| 221 (ECF 209) | GE Precision Healthcare LLC | 12,506.86 | 0.00 | 12,506.86 |

Total to be paid for tardily filed general unsecured claims:    $    118,285.30
Remaining balance:    $    920,738.44

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $920,738.44 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 132 | Pipeline-Weiss Memorial Hospital, LLC | 728,909.50 | 0.00 | 728,909.50 |
| 211 (ECF 061) | SRC Hospital Investments II, LLC, Weiss Memorial Hospital and West Suburban Medical Center | 191,828.94 | 0.00 | 191,828.94 |

Total to be paid for subordinated claims:    $    920,738.44
Remaining balance:    $    0.00

Prepared By: /s/ Ira Bodenstein
_____
Trustee

Ira Bodenstein
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-1647
iratrustee@cozen.com


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division  DIVISION

In re:  PIPELINE - WESTLAKE HOSPITAL,          §     Case No. 19-22881
        LLC                                    §
                                               §
                                               §
                   Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/06/2019. The undersigned trustee was appointed on 08/06/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                 $     11,712,799.92

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 31,448.34 |
| Administrative expenses | 8,577,819.36 |
| Bank service fees | 242,340.64 |
| Other payments to creditors | 12,677.39 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 2,848,514.19 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.